UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Consuelo Hernandez Gonzalez

   v.                                    Case No. 09-cv-189-PB

Alejandro Estrada Facio


O R D E R

The emergency petition does not establish the legal basis for the relief plaintiff seeks. The clerk shall set a date and time for an *ex parte* hearing on the motion. At least twenty-four hours prior to the hearing, the plaintiff shall file a memorandum of law citing the specific provisions of the Hague Convention and the International Child Abduction Remedies Act ("ICARA") that establish plaintiff's entitlement to the requested relief. The memorandum shall cite case law to support plaintiff's construction of the Hague Convention and ICARA, and demonstrate why the facts pleaded in the petition entitle plaintiff to the relief she seeks. The clerk shall consult with counsel to determine how much time counsel needs to prepare the memorandum called for by this order.

   SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge
District of New Hampshire

June 1, 2009

cc: Phillip Rakhunov
    Christopher M. Gosselin